Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____   RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: **1** hours \_\_\_\_ minutes

DATE: 4/25/2016   START TIME: 3:35   END TIME: 4:35

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:15-cv-01550-JAM

| Carlos Taveras | Erick Ignacio Diaz-Vazquez |
|---|---|
| | Plaintiff's Counsel |
| vs | |
| XPO Last Mile, Inc., et al. | Jeffrey H. Newhouse |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing    [ ] Show Cause Hearing
[ ] Evidentiary Hearing    [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] .....#39   Motion to Dismiss    [ ] granted [✓] denied [ ] advisement
[✓] .....#51   Motion to Dismiss    [ ] granted [✓] denied [ ] advisement
[ ] .....#\_\_   Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....#\_\_   Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....#\_\_   Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....#\_\_   Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....#\_\_   Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....        Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....        Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....        Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....        Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] .....   [ ] Briefs(s) due \_\_\_\_  [ ] Proposed Findings due \_\_\_\_  Response due \_\_\_\_
[ ] ..........   _____   [ ] filed [ ] docketed
[ ] ..........   _____   [ ] filed [ ] docketed
[ ] ..........   _____   [ ] filed [ ] docketed
[ ] ..........   _____   [ ] filed [ ] docketed
[ ] ..........   _____   [ ] filed [ ] docketed
[ ] ..........   _____   [ ] filed [ ] docketed
[ ] ..........   Hearing continued until _____ at _____

Notes: