# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS TAVERAS, individually and on behalf of all others similarly situated,<br>  *Plaintiffs*,<br><br>v.<br><br>XPO LAST MILE, INC.,<br>  *Defendant*.<br><hr>XPO LAST MILE, INC.,<br>  *Third-Party Plaintiff*,<br><br>v.<br><br>EXPEDITED TRANSPORT SERVICES, LLC,<br>  *Third-Party Defendant*. | No. 3:15-cv-01550 (JAM) |

**ORDER APPROVING CLASS ACTION SETTLEMENT AND DISMISSING CASE**

  Before me is the parties' proposed class action settlement. Having considered the parties' claims and positions; the adequacy of the proposed class's representation and alignment of its members' interests; the course of the litigation to date and arms-length relationship between the parties; and the terms and procedures of the proposed settlement; I find the proposed class action settlement to be fair, reasonable, and adequate. I hereby certify this case as a class action and grant final approval of the class action settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. I further order the settlement funds to be distributed as set forth in Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. #120).

  This case is dismissed with prejudice, with all parties waiving all rights of appeal and bearing their own costs.

It is so ordered.

Dated at New Haven, Connecticut, this 11th day of August 2017.

                                                      /s/ *Jeffrey Alker Meyer*  
                                                     Jeffrey Alker Meyer  
                                                     United States District Judge